UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------X
HEARTLAND PAYMENT SYSTEMS, INC.,

           Plaintiff,

-against-

JESSICA STEVES,

           Defendant.
---------------------------------------------------------X

Civil Action No.: 2:15-CV-3544

**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LOCAL CIVIL RULE 6.1(b)**

Application is hereby made for a Clerk's Order extending time within which defendant Jessica Steves ("Steves") may answer, move or otherwise respond to the Complaint filed by Plaintiff Heartland Payment Systems, Inc. ("Heartland") herein, and it is represented that:

1. No previous extension has been obtained;

2. Heartland effected service of process on Steves on or about April 28, 2015;

3. Steves timely filed a Notice of Removal on May 26, 2015;

4. The deadline to answer, move or otherwise respond is June 2, 2015 (the "Deadline");

5. Accordingly, Steves respectfully requests that the Court provide an extension of time for fourteen (14) days from the Deadline, to answer, move or otherwise respond to the Complaint, that is, until June 16, 2015.

Dated: May 27, 2015	THE SALVO LAW FIRM, P.C.


By: /s/  John E. Brigandi
     JOHN E. BRIGANDI

185 Fairfield Avenue, Suite 3C/3D
West Caldwell, New Jersey 07006
(973) 226-2220
(973) 900-8800 (fax)
*jbrigandi@salvolawfirm.com*
Attorneys for Defendant,
Jessica Steves



The above Application is ORDERED GRANTED, extended to June 16, 2015.

ORDER DATED:_____

        WILLIAM T. WALSH, Clerk


        By:_____