UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**HEARTLAND PAYMENT SYSTEMS, INC. v. STEVES**

ORDER OF DISMISSAL
Civil **15-3544** SRC

It has been reported to the Court that the above-captioned matter has been settled,

**It is on this 5TH day of JANUARY 2016**

**ORDERED** that this action is hereby dismissed without prejudice and without costs, subject to the right of the parties upon good cause shown within **60 days**, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

　　　　　　　　　　　　　　　　　　　　　　　**/s/Stanley R. Chesler**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE